# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-38712-JPC |
| | § | |
| ANGELA M MOND | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF  TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 12/02/2010, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/28/2010                          By:  /s/ David P. Leibowitz
                                                                (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST-Form 101-7-NFR (10/1/2010)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                      §        Case No. 09-38712-JPC
                                            §
ANGELA M MOND                               §
                                            §
                                            §
                        Debtor(s)           §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                                    $7,501.31
*and approved disbursements of*                                         $2,482.00
*leaving a balance on hand of[1]:*                                      $5,019.31

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:                    $0.00
Remaining balance:                    $5,019.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,251.93 | $0.00 | $1,251.93 |
| David P. Leibowitz, Trustee Expenses | $65.48 | $0.00 | $65.48 |

Total to be paid for chapter 7 administrative expenses:           $1,317.41
Remaining balance:           $3,701.90

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:           $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

Remaining balance: $3,701.90

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $3,701.90

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $23,627.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chase Bank USA NA | $14,896.80 | $0.00 | $2,333.99 |
| 2 | Chase Bank USA NA | $8,730.76 | $0.00 | $1,367.91 |

Total to be paid to timely general unsecured claims: $3,701.90
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

**UST-Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz

Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1              User: dwilliams              Page 1 of 2              Date Rcvd: Oct 29, 2010
Case: 09-38712                    Form ID: pdf006             Total Noticed: 46
```

The following entities were noticed by first class mail on Oct 31, 2010.
```
db          +Angela M Mond,   300 Circle,   Apt. 3L,   Forest Park, IL 60130-1600
aty         +Ryan M Callahan,   Legal Helpers,   233 S. Wacker Dr.,   Suite 5150,   Chicago, IL 60606-6371
tr          +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
14591036    +American Home Mtg Svci,   4600 Regent Blvd Ste 200,   Irving, TX 75063-2478
14591037    +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
14591038    +Bac/fleet-bkcard,   300 Wakefield Dr,   Newark, DE 19702-5419
14591039    +Ballys,   8700 West Bryn Mawr,   Chicago, IL 60631-3552
14591040    +Bank Of America,   475 Crosspoint Pkwy,   Getzville, NY 14068-1609
14591041    +Bank One/Chase,   8333 Ridgepoint Dr,   Irving, TX 75063-5812
14591042    +Bnkunted Fsb,   7815 Nw 148th St,   Miami Lakes, FL 33016-1554
14591043    +Caf,   Attn: Bankruptcy,   Po Box 15678,   Wilmington, DE 19850-5678
14591044    +Capital One Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
14591045    +Central Mortgage Co,   Attention: Bankruptcy Dept.,   1100 Virginia Drive,
              Fort Washington, PA 19034-3204
14591046    +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
15364210     Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
14591047    +Chase Manhattan Mtg,   G7-Pp,   3415 Vision Dr.,   Columbus, OH 43219-6009
14591048    +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
14591049    +Citi Corp Credit Services,   Attn: Centralized Bankruptcy,   Po Box 20507,
              Kansas City, MO 64195-0507
14591051    +Cook County Department of Revenue,   Use Tax,   PO Box 94401,   Chicago, IL 60690-4401
14591052    +Fifth Third Bank,   PO Box 829009,   Dallas, TX 75382-9009
14591053    +First Financial Credit,   5550 W Touhy Ave Ste 102,   Skokie, IL 60077-3265
14591054    +First USA Bank - Chase,   Attention: Customer Service,   Po Box 94014,   Palatine, IL 60094-4014
14591055    +Fremont Investment & Loan,   2727 E. Imperial Hwy,   Brea, CA 92821-6713
14591058    +Lane Bryant,   Po Box 182273,   Columbus, OH 43218-2273
14591061    +National City,   PO Box 182354,   Columbus, OH 43218-2354
14591060    +National City,   Attention: Bankruptcy Department,   6750 Miller Rd,
              Brecksville, OH 44141-3262
14591062     National City Bank,   55th And Holmes,   Clarendon Hill, IL 60514
14591063    +National City Mortgage,   Attn: Bankruptcy Dept,   3232 Newmark Dr.,   Miamisburg, OH 45342-5421
14591064    +Newport News,   Po Box 182124,   Columbus, OH 43218-2124
14591065    +Peoples Gas,   C/O Bankruptcy Department,   130 E. Randolph Drive,   Chicago, IL 60601-6302
14591066    +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
14591067    +Rshk/cbsd,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14591034    +Ryan Callahan,   Legal Helpers, PC,   Sears Tower,   233 S. Wacker Suite 5150,
              Chicago, IL 60606-6371
14591068    +Sears/cbsd,   8725 W. Sahara Ave,   The Lakes, NV 89163-0001
14591069    +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
14591070    +Specialized Loan Servi,   8742 Lucent Blvd,   Highlands Ranch, CO 80129-2302
14591071    +Unvl/citi,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14591072    +Washington Mutual Mortgage,   7255 Bay Meadows Way,   Jacksonville, FL 32256-6851
14591073    +Wells Fargo Home Mtg,   Attention: Bankruptcy Department MAC-X,   3476 Stateview Blvd.,
              Fort Mill, SC 29715-7203
14591074    +Wfnnb/metro Style,   4590 E Broad St,   Columbus, OH 43213-1301
14591075    +Wfnnb/roomplace,   Po Box 337003,   Northglenn, CO 80233-7003
14591076    +Wfnnb/the Avenue,   Po Box 2974,   Shawnee Mission, KS 66201-1374
14591077    +Wfnnb/victorias Secret,   220 W Schrock Rd,   Westerville, OH 43081-2873
```

The following entities were noticed by electronic transmission on Oct 29, 2010.
```
14591056    +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2010 02:59:19   GEMB / HH Gregg,
              Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
14591057    +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2010 02:59:19   Gemb/walmart,   Po Box 981400,
              El Paso, TX 79998-1400
14591059     E-mail/Text: camanagement@mandtbank.com                     M & T Bank,   Attn: Bankruptcy,
              1100 Wehrle Dr  2nd Floor,   Williamsville, NY 14221
                                                                                        TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14591050     Citi Residental Lendin
14591033*   +Angela M Mond,   300 Circle,   Apt. 3L,   Forest Park, IL 60130-1600
14591035    ##+Amc Mortgage Services,   Po Box 11000,   Santa Ana, CA 92711-1000
                                                                        TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 31, 2010**                        **Signature:**        _Joseph Speetjens_