UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 09-38712-JPC
§
ANGELA M MOND §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $656,194.00 | Assets Exempt: | $27,169.00 |
| Total Distributions to Claimants: | $3,702.33 | Claims Discharged Without Payment: | $22,490.98 |
| Total Expenses of Administration: | $1,317.41 | | |

3) Total gross receipts of $7,501.74 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,482.00 (see **Exhibit 2),** yielded net receipts of $5,019.74 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,394,087.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,317.41 | $1,317.41 | $1,317.41 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $23,480.75 | $23,627.56 | $23,627.56 | $3,702.33 |
| **Total Disbursements** | $1,417,567.75 | $24,944.97 | $24,944.97 | $5,019.74 |

4). This case was originally filed under chapter 7 on 10/16/2009. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/25/2011     By:  /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Anticipated 2009 Federal Tax Return. Amount base | 1129-000 | $7,500.00 |
| Interest Earned | 1270-000 | $1.74 |
| **TOTAL GROSS RECEIPTS** | | **$7,501.74** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| | Exemptions | 8100-002 | $2,482.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,482.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Home Mtg Svci | 4110-000 | $129,366.00 | NA | $0.00 | $0.00 |
| | Bnkunted Fsb | 4110-000 | $111,229.00 | NA | $0.00 | $0.00 |
| | Chase Manhattan Mtg | 4110-000 | $301,150.00 | NA | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $18,580.00 | NA | $0.00 | $0.00 |
| | M & T Bank | 4110-000 | $336,351.00 | NA | $0.00 | $0.00 |
| | National City | 4110-000 | $47,653.00 | NA | $0.00 | $0.00 |
| | National City | 4110-000 | $20,051.00 | NA | $0.00 | $0.00 |
| | National City Mortgage | 4110-000 | $234,744.00 | NA | $0.00 | $0.00 |
| | Specialized Loan Servi | 4110-000 | $33,329.00 | NA | $0.00 | $0.00 |
| | Washington Mutual Mortgage | 4110-000 | $129,106.00 | NA | $0.00 | $0.00 |
| | Washington Mutual Mortgage | 4110-000 | $32,528.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,394,087.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,251.93 | $1,251.93 | $1,251.93 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $65.48 | $65.48 | $65.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,317.41 | $1,317.41 | $1,317.41 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA NA | 7100-000 | $13,278.00 | $14,896.80 | $14,896.80 | $2,334.26 |
| 2 | Chase Bank USA NA | 7100-000 | $7,637.00 | $8,730.76 | $8,730.76 | $1,368.07 |
| | 800 Brooksedge Blvd | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Amc Mortgage Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bac / Fleet Bankcard | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bac/fleet-bkcard | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Ballys | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Ballys | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Ballys | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bank Of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bank One/Chase | 7100-000 | $1,402.00 | NA | NA | $0.00 |
| | Caf | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Capital 1 Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Central Mortgage Co | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Central Mortgage Co | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Citi | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Citi Corp Credit Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Citi Corp Credit Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Citi Corp Credit Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Citi Corp Credit | 7100-000 | $0.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Services | | | | | |
| Citi Corp Credit Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| Citi Residental Lendin | 7100-000 | $0.00 | NA | NA | $0.00 |
| Cook County Department of Revenue | 7100-000 | $1,163.75 | NA | NA | $0.00 |
| First Financial Credit | 7100-000 | $0.00 | NA | NA | $0.00 |
| First USA Bank - Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| First USA Bank - Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| Fremont Investment & Loan | 7100-000 | $0.00 | NA | NA | $0.00 |
| Fremont Investment & Loan | 7100-000 | $0.00 | NA | NA | $0.00 |
| GEMB / HH Gregg | 7100-000 | $0.00 | NA | NA | $0.00 |
| GEMB / HH Gregg | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/walmart | 7100-000 | $0.00 | NA | NA | $0.00 |
| Lane Bryant | 7100-000 | $0.00 | NA | NA | $0.00 |
| National City Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Newport News | 7100-000 | $0.00 | NA | NA | $0.00 |
| Peoples Gas | 7100-000 | $0.00 | NA | NA | $0.00 |
| Peoples Gas | 7100-000 | $0.00 | NA | NA | $0.00 |
| Peoples Gas | 7100-000 | $0.00 | NA | NA | $0.00 |
| Peoples Gas | 7100-000 | $0.00 | NA | NA | $0.00 |
| Rnb-fields3 | 7100-000 | $0.00 | NA | NA | $0.00 |
| Rshk/cbsd | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sears/cbsd | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sears/cbsd | 7100-000 | $0.00 | NA | NA | $0.00 |
| Unvl/citi | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wells Fargo Home Mtg | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wells Fargo Home Mtg | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wfnnb/metro Style | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wfnnb/roomplace | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wfnnb/the Avenue | 7100-000 | $0.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| Wfnnb/the Avenue | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wfnnb/victorias Secret | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $23,480.75 | $23,627.56 | $23,627.56 | $3,702.33 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 09-38712-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MOND, ANGELA M | Date Filed (f) or Converted (c): | 10/16/2009 (f) |
| For the Period Ending: | 4/25/2011 | §341(a) Meeting Date: | 12/30/2009 |
| | | Claims Bar Date: | 04/02/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Real Estate located at 300 Circle, Apt. 3L, Fore | $77,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 5412 W. Quincy, (2 Flat), Debtor intends to surr | $210,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3 3830 Lakewood, Debtor intends to surrender | $245,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 8226 S. Drexel, Chicago, Apt. 2B, Debtor intends | $50,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5 8226 S. Drexel, Chicago, Apt. 3B, Debtor intends | $50,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6 Checking account with National City Bank | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 35 | | | | | |
| 7 Checking Account with Fifth Third | $500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 35 | | | | | |
| 8 Savings Account with Fifth Third | $600.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 35 | | | | | |
| 9 Savings with Credit Union One | $700.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 35 | | | | | |
| 10 Miscellaneous used household goods | $1,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 35 | | | | | |
| 11 Personal used clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 35 | | | | | |
| 12 Miscellaneous costume jewelry | $200.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 35 | | | | | |
| 13 Employer - Term Life Insurance - no cash surrend | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 14 401k through employer | $5,269.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 35 | | | | | |
| 15 Anticipated 2009 Federal Tax Return. Amount base | $7,500.00 | $6,600.00 | | $7,500.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 35 | | | | | |
| 16 2007 Dodge Nitro - 30,000 miles | $15,325.00 | $12,925.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 35 | | | | | |
| INT Interest Earned (u) | Unknown | Unknown | | $1.74 | FA |

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page No: 2  
Exhibit 8

| Case No.: | 09-38712-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MOND, ANGELA M | | Date Filed (f) or Converted (c): | 10/16/2009 (f) |
| For the Period Ending: | 4/25/2011 | | §341(a) Meeting Date: | 12/30/2009 |
| | | | Claims Bar Date: | 04/02/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**                                                                                      **Gross Value of Remaining Assets**

$663,694.00            $19,525.00                                    $7,501.74            $0.00

**Major Activities affecting case closing:**  
Tax Intercept

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2010 | | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2010 | | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** 09-38712-JPC | **Trustee Name:** | David Leibowitz |
| **Case Name:** MOND, ANGELA M | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** ******7336 | **Money Market Acct #:** | ******1965 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | Money Market Account |
| **For Period Beginning:** 10/16/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** 4/25/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/22/2010 | (15) | United States Treasury | Tax Refund | 1129-000 | $7,500.00 | | $7,500.00 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.07 | | $7,500.07 |
| 05/05/2010 | 1001 | Angela M. Mond | Exemptions and entitled portion of 2009 tax return | * | | $2,482.00 | $5,018.07 |
| | | | $(900.00) | 8100-002 | | | $5,018.07 |
| | | | $(1,582.00) | 8100-002 | | | $5,018.07 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.36 | | $5,018.43 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.21 | | $5,018.64 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $5,018.64 | $0.00 |
| | | | **TOTALS:** | | $7,500.64 | $7,500.64 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $5,018.64 | |
| | | | **Subtotal** | | $7,500.64 | $2,482.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $7,500.64 | $2,482.00 | |

| **For the period of 10/16/2009 to 4/25/2011** | | **For the entire history of the account between 04/22/2010 to 4/25/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $7,500.64 | Total Compensable Receipts: | $7,500.64 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,500.64 | Total Comp/Non Comp Receipts: | $7,500.64 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,482.00 | Total Non-Compensable Disbursements: | $2,482.00 |
| Total Comp/Non Comp Disbursements: | $2,482.00 | Total Comp/Non Comp Disbursements: | $2,482.00 |
| Total Internal/Transfer Disbursements: | $5,018.64 | Total Internal/Transfer Disbursements: | $5,018.64 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Page No: 2

Case 09-38712    Doc 50    Filed 04/25/11    Entered 04/25/11 10:18:08    Desc Main
Document      Page 10 of 12

Exhibit 9

| **Case No.** | 09-38712-JPC | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | MOND, ANGELA M | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******7336 | **Checking Acct #:** | ******8712 |
| **Co-Debtor Taxpayer ID #:** |  | **Account Title:** |  |
| **For Period Beginning:** | 10/16/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/25/2011 | **Separate bond (if applicable):** |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/03/2010 |  | Transfer From: #******8712 |  | 9999-000 | $5,019.74 |  | $5,019.74 |
| 12/03/2010 | 2001 | David P. Leibowitz | Trustee Expenses | 2200-000 |  | $65.48 | $4,954.26 |
| 12/03/2010 | 2002 | David P. Leibowitz | Trustee Compensation | 2100-000 |  | $1,251.93 | $3,702.33 |
| 12/03/2010 | 2003 | Chase Bank USA NA | Claim #: 1; Amount Claimed: 14,896.80; Amount Allowed: 14,896.80; Distribution Dividend: 15.67; | 7100-000 |  | $2,334.26 | $1,368.07 |
| 12/03/2010 | 2004 | Chase Bank USA NA | Claim #: 2; Amount Claimed: 8,730.76; Amount Allowed: 8,730.76; Distribution Dividend: 15.67; | 7100-000 |  | $1,368.07 | $0.00 |
|  |  |  | **TOTALS:** |  | $5,019.74 | $5,019.74 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $5,019.74 | $0.00 |  |
|  |  |  | **Subtotal** |  | $0.00 | $5,019.74 |  |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $0.00 | $5,019.74 |  |

| For the period of 10/16/2009 to 4/25/2011 |  | For the entire history of the account between 12/03/2010 to 4/25/2011 |  |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,019.74 | Total Internal/Transfer Receipts: | $5,019.74 |
| Total Compensable Disbursements: | $5,019.74 | Total Compensable Disbursements: | $5,019.74 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,019.74 | Total Comp/Non Comp Disbursements: | $5,019.74 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-38712-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MOND, ANGELA M | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******7336 | | Money Market Acct #: | ******8712 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 10/16/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/25/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $5,018.64 | | $5,018.64 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.04 | | $5,018.68 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.21 | | $5,018.89 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.21 | | $5,019.10 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.21 | | $5,019.31 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.21 | | $5,019.52 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.21 | | $5,019.73 |
| 12/03/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 12/3/2010 | 1270-000 | $0.01 | | $5,019.74 |
| 12/03/2010 | | Transfer To: #******8712 | | 9999-000 | | $5,019.74 | $0.00 |
| | | | **TOTALS:** | | $5,019.74 | $5,019.74 | $0.00 |
| | | | Less: Bank transfers/CDs | | $5,018.64 | $5,019.74 | |
| | | | Subtotal | | $1.10 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1.10 | $0.00 | |

**For the period of 10/16/2009 to 4/25/2011**

| | |
|---|---|
| Total Compensable Receipts: | $1.10 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.10 |
| Total Internal/Transfer Receipts: | $5,018.64 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,019.74 |

**For the entire history of the account between 06/25/2010 to 4/25/2011**

| | |
|---|---|
| Total Compensable Receipts: | $1.10 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.10 |
| Total Internal/Transfer Receipts: | $5,018.64 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,019.74 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-38712-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MOND, ANGELA M | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******7336 | Money Market Acct #: | ******8712 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 10/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/25/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $7,501.74 | $7,501.74 | $0.00 |

**For the period of 10/16/2009 to 4/25/2011**

| | |
|---|---|
| Total Compensable Receipts: | $7,501.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,501.74 |
| Total Internal/Transfer Receipts: | $10,038.38 |
| | |
| Total Compensable Disbursements: | $5,019.74 |
| Total Non-Compensable Disbursements: | $2,482.00 |
| Total Comp/Non Comp Disbursements: | $7,501.74 |
| Total Internal/Transfer Disbursements: | $10,038.38 |

**For the entire history of the case between 10/16/2009 to 4/25/2011**

| | |
|---|---|
| Total Compensable Receipts: | $7,501.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,501.74 |
| Total Internal/Transfer Receipts: | $10,038.38 |
| | |
| Total Compensable Disbursements: | $5,019.74 |
| Total Non-Compensable Disbursements: | $2,482.00 |
| Total Comp/Non Comp Disbursements: | $7,501.74 |
| Total Internal/Transfer Disbursements: | $10,038.38 |